No. D–1802. IN RE DISBARMENT OF BOYLE. Charles W. Boyle, of Atlanta, Ga., is suspended from the practice of law in this Court,

and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.